**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Rosamond Parks, Brandon Lilley, Jimmy Kirkland,
Donald Wilson, and John Doe, Defendants,

Of whom Rosamond Parks is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-000068

_____

Appeal From Greenville County
Katherine H. Tiffany, Family Court Judge

_____

Unpublished Opinion No. 2019-UP-351
Submitted October 24, 2019 – Filed October 31, 2019

_____

**AFFIRMED**

_____

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Amanda B. Stiles, of Greenville, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

———————

**PER CURIAM:** Rosamond Parks appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (2010). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Parks's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and KONDUROS and HILL, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.